THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
750 B Street, Suite 1950
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040
briancline@bickellawfirm.com

Attorneys for Plaintiffs SEAN CREANE
and MICHELLE ANDRE

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SEAN CREANE and MICHELLE ANDRE,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10 inclusive,<br><br>　　　　　　　Defendants, | Case No. CV11-0382 MEJ<br><br>**NOTICE OF DISMISSAL** |

　　　　Plaintiffs SEAN CREANE and MICHELLE ANDRE by and through their attorneys of record, and pursuant Federal Rule of Civil Procedure 41(a)(i) dismiss the COMPLAINT filed herein by it without prejudice.

DATED: February ___, 2011

　　　　　　　　　　　　　　　THE BICKEL LAW FIRM
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　BRIAN K. CLINE